UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUSANA SANCHEZ, )<br>LA CASA DE LOS MARISCOS #2 LLC, )<br>)<br>Defendants. ) | No. 1:23-cv-01969-JRS-TAB |

**Judgment**

The Court enters judgment on Counts I and III of the Complaint in favor of Plaintiff G & G Closed Circuit Events, LLC and against Susana Sanchez and La Casa De Los Mariscos # 2 LLC, d/b/a El Rincon De Susy.  G & G Closed Circuit Events, LLC is awarded damages in the amount of $8,000, plus costs and attorneys' fees.  Count II of the Complaint is dismissed. This is a final judgment under Federal Rule of Civil Procedure 58.  This case is closed.

Date: 3/6/25

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY
tprlaw@att.net

La Casa De Los Mariscos Mexican Grill #2 LLC
2709 N. Shadeland Ave.
Indianapolis, IN 46219

Susana Sanchez
2709 N. Shadeland Ave.
Indianapolis, IN 46219